JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JOHNY JOHNSON, <br><br> Defendant. | Case No.: CV 14-4169 DSF (RZx) <br><br><br> JUDGMENT |

The Clerk having entered default against Defendant Johnson, and the Court having granted Plaintiff's motion for default judgment in favor of Plaintiff and against Defendant,

IT IS ORDERED AND ADJUDGED that American General's life insurance Policy Number 212571659 (the Policy) is null, void, and rescinded <u>ab initio</u>. American General is further ORDERED to refund or otherwise make payment to Johnson of all or any portion of the premiums or other payments made on the Policy.

Dated: 2/10/15

Dale S. Fischer
United States District Judge